EBG:rmh
AO 91 (Rev. 11/11) Criminal Complaint

2019R00546

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

WILLIAM JONES IV

**FILED UNDER SEAL PURSUANT TO ORDER**

Case No. 19 MJ 783 JTH

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 6, 2019, in Beltrami County, in the State and District of Minnesota, defendant, WILLIAM JONES IV, an Indian male, did knowingly and intentionally commit Assault Resulting in Substantial Bodily Injury,

in violation of Title 18, United States Code, Sections 113(a)(7), 1151, and 1153.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
*Complainant's signature*

Mariano I. Arguedas
FBI – Headwaters Safe Trails Task Force
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-22-19

City and State: Bemidji, MN

_____
*Judge's Signature*

The Honorable Jon T. Huseby
United States Magistrate Judge
*Printed Name and Title*

SCANNED
NOV 22 2019
U.S. DISTRICT COURT ST. PAUL